Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

for the

_____ District of NEBRASKA

2026 JUL 13 PM 12: 25

OFFICE OF THE CLERK

LINCOLN   Division

Case No. **8:26CV337**

_(to be filled in by the Clerk's Office)_

_____ JOHN HARVEY MCDOWELL _____

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

–v–

CONTINENTAL INSURANCE COMPANY, UNITED
FIRE & CASUALTY COMPANY, MILBANK MUTUAL
INSURANCE COMPANY (A.K.A. MILBANK INSURANCE
COMPANY) & THE STATE OF NEBRASKA

_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names. Do not include addresses here.)_

Jury Trial: _(check one)_ ☐ Yes  ☒ No

RECEIVED

JUL 13 2026

CLERK
U.S. DISTRICT COURT

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | JOHN HARVEY MCDOWELL |
| Address | 305 N Chadron Ave |
| | Chadron      NE      69337 |
| | *City*    *State*    *Zip Code* |
| County | DAWES |
| Telephone Number | 308-430-3284 |
| E-Mail Address | johnharve@msn.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CONTINENTAL INSURANCE COMPANY |
| Job or Title *(if known)* | |
| Address | 151 N Franklin St. |
| | Chicago      IL      60606 |
| | *City*    *State*    *Zip Code* |
| County | COOK |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | UNITED FIRE & CASUALTY COMPANY |
| Job or Title *(if known)* | |
| Address | P.O. Box 73909 |
| | Cedar Rapids,      IA      52407-3909 |
| | *City*    *State*    *Zip Code* |
| County | LINN |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name MILBANK MUTUAL INS. CO. (A.K.A. MILBANK INS. CO.)

Job or Title *(if known)*

Address 518 East Broad Street

Columbus          OH          43215-3976
    *City*          *State*          *Zip Code*

County Franklin

Telephone Number 614-464-5000

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name The State Of Nebraska

Job or Title *(if known)*

Address PO Box 98920

Lincoln          NE          68508
    *City*          *State*          *Zip Code*

County Lancaster

Telephone Number 402-471-2383

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

1. L. C. LARSON & SON INSURANCE AGENCY, 250 CHADRON AVENUE, CHADRON, NEBRASKA

2. UNITED STATES DISTRICT COURT, OMAHA, NEBRASKA

B.      What date and approximate time did the events giving rise to your claim(s) occur?

1. June 16th, 1977, 2:37pm to 3:41pm

2. August 14th, 1978, 10:00am to 4:00pm and August 15th, 1978, 9:00am to 4:00pm.

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff's Civil Rights were violated by the (3) Insurance Companies and the State of Nebraska, Conspiracy, Fraud, Perjury and the taking of a Psychological Stress Evaluator, (A.K.A. Lie Detector Test), without permission and presenting it as evidence without Plaintiff's permission or knowledge. Plaintiff's Lawyer was part of the Conspiracy when he suppressed evidence as to the cause of the Fire and allowing Witnesses to commit perjury.

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

1. Actual Damages
   I request $5,000,000,000 in actual damages from each defendant.
   Basis: The defendants' actions caused extraordinary harm to my life, including severe emotional distress, long-term psychological impact, disruption of my daily functioning, loss of personal security, and significant damage to my reputation and opportunities. The scale and duration of the harm justify a substantial award to compensate for the full extent of the injuries I have suffered.

2. Punitive (Exemplary) Damages
   I request $5,000,000,000 in punitive damages from each defendant.
   Basis: The defendants' was willful, reckless, and demonstrated a clear dis- regard for my rights. Punitive damages of this magnitude are necessary to hold the defendants accountable for the seriousness of their actions and to deter similar conduct in the future. The requested amount reflects the need for a strong response proportionate to the harm inflicted.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    July 10, 2026

Signature of Plaintiff    John Harvey McDowell

Printed Name of Plaintiff    John Harvey McDowell

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

| City | State | Zip Code |
|------|-------|----------|

Telephone Number    _____

E-mail Address    _____

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**


FSC
www.fsc.org
RECYCLED
Packaging made from recycled material
FSC® C106260


PAPER POUCH
ow2recycle.info

**UNIT** **POSTA**

- Expected delivery date
- Domestic shipments in
- USPS Tracking® servic
- Limited international in
- When used internation

*Insurance does not cover cert
Domestic Mail Manual at *http:/.*
** See International Mail Manua

**FLAT RATE**
ONE RATE ■ ANY WE

**TRACKED ■**


PS00001142500

---


**UNITED STATES POSTAL SERVICE.**    *Retail*

**P** | US POSTAGE PAID
**$12.90** | Origin: 69337
07/10/26
3017550399-27

**PRIORITY MAIL®**

0 Lb 3.00 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 07/15/26

C016

SHIP TO:

STE 1152
111 S 18TH PLZ
OMAHA NE 68102-1322



**USPS TRACKING® #**



9505 5117 9276 6191 5682 83



---

**PRIORITY MAIL ★**


**UNITED STATES POSTAL SERVICE ®**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

John McDowell
305 N Chadron, Ave
Chadron, NE
RECEIVED 69337
JUL 13 2026

TO:
CLERK
U.S. DISTRICT COURT
Clerk of the Court
111 South 18th Plaza
Suite 1152
Omaha, NE
68102

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE


POUCH info

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.

This package is made from post-consumer waste. Please recycle - again.