IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN HARVEY MCDOWELL,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL INSURANCE COMPANY, et al.,<br><br>Defendants. | 8:26-CV-337<br><br>ORDER |

The defendants in this case—United Fire and Casualty, the State of Nebraska, Milbank Mutual Insurance Company, and Continental Insurance Company—have each filed motions to dismiss. Filing 9; filing 13; filing 21; filing 24. The plaintiff filed briefs in opposition to the motions filed by the State, Continental, and Milbank. Filing 19; filing 30. Each of those defendants filed reply briefs. Filing 23; filing 32; filing 33. With that, briefing on those motions to dismiss was complete and the motions were submitted to the Court for disposition. *See* NECivR 7.1.

But the plaintiff kept filing sur-reply briefs without seeking leave to do so, in violation of NECivR 7.1(c)(3). Filing 29; filing 31; filing 34; filing 35. Those filings are unauthorized and will be stricken.

IT IS ORDERED:

1. The Clerk of the Court is directed to strike filing 29, filing 31, filing 34, and filing 35.

2. The plaintiff is advised that the pending motions to dismiss are fully submitted and any further briefs filed without leave of the Court may be stricken without further notice.

Dated this 5th day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge