IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN HARVEY MCDOWELL,

Plaintiff,

vs.

CONTINENTAL INSURANCE COMPANY, et al.,

Defendants.

8:26-CV-337

ORDER

IT IS ORDERED that for the reasons stated in filing 36, filing 37 is stricken.

Dated this 21st day of October, 2026.

BY THE COURT:

John M. Gerrard

John M. Gerrard
Senior United States District Judge